UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIAN CONGREGATIONAL BAPTIST CHURCH | * | CIVIL ACTION |
| | * | NO. 22-4313 |
| VERSUS | | |
| | * | SECTION "G" (2) |
| CHUBB LIMITED INSURANCE COMPANY, ET AL. | | |

**ORDER AND REASONS**

Defendant Illinois Union Insurance Company's Motion to Compel Initial Disclosures (ECF No. 49) is pending before me in this matter. The motion was scheduled for submission on October 23, 2024. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, October 15, 2024. *See* E.D. La. L.R. 7.5.

The Court's February 7, 2024, Scheduling Order required the parties to exchange Rule 26(a)(1) initial disclosures within 7 days of the Rule 26(f) conference.[1] Although movant delivered initial disclosures (ECF No. 49-1 at 2), Plaintiff did not. When the parties fail to hold a Rule 26(f) conference, the court may deem discovery to begin after the Rule 16 conference.[2] Accordingly, considering the record, lack of opposition, applicable law, and finding the motion has merit,

IT IS ORDERED that the Motion to Compel Initial Disclosures is GRANTED. Plaintiff must provide its initial disclosures on or before October 30, 2024.

New Orleans, Louisiana, this __21st__ day of October, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] ECF No. 42. Movant does not specify when the Rule 26(f) conference was held. Rule 26(f) requires the parties to confer "as soon as practicable–and in any event at least 21 days before a scheduling conference is to be held . . . under Rule 16(b)." FED. R. CIV. P. 26(f)(1). This Court's Local Rule 26.2(A) modifies that period to require the Rule 26(f) conference "be held no later than seven working days before the scheduled preliminary conference."

[2] *See Bo-Mac Contractors, Ltd. v. Daigle Towing Serv., L.L.C.*, No. 19-11792, 2020 WL 1812796, at *3 (E.D. La. Apr. 9, 2020) (citation omitted).